

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD**. and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

After we granted Appellees' first motion for extension of time to file the brief, Appellees' brief was due on January 11, 2019. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, Appellees filed an unopposed second motion for a thirty-day extension of time to file the brief until February 11, 2019. *See id.* R. 10.5(b).

Appellees' motion is GRANTED. Appellees' brief is due on February 11, 2019

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court